# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Joseph Quiroz, Jr.**<br>DOB: 2001; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>21-08621MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 27, 2021, in the District of Arizona, Joseph Quiroz, Jr. knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Glock model 19 GEN 5 9mm caliber pistol and two Ruger model Security 9 9mm caliber pistols; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 27, 2021, Joseph QUIROZ, Jr. attempted to exit the United States and enter the Republic of Mexico through the pedestrian lane of the Port of Entry in Nogales, Arizona. When questioned, QUIROZ told United States Customs and Border Protection Contraband Enforcement officers that he was not traveling with any weapons. Officers attempted to conduct an outbound inspection of QUIROZ and informed him they would be checking for weapons. QUIROZ then physically pushed an officer away and ran north from the outbound inspection area and out of the port of entry. QUIROZ tripped and fell on the sidewalk and was subsequently apprehended by officers. As he was being detained, QUIROZ stated to the officers, "I have three guns," and "I'm sorry, I know what I did was wrong."

When searching QUIROZ, officers found three firearms concealed under his clothes: one Glock model 19 GEN 5 9mm caliber pistol and two Ruger model Security 9 9mm caliber pistols.

The three firearms QURIOZ attempted to smuggle into Mexico qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. QUIROZ did not have a license or any other lawful authority to export these firearms from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>**ANGELA WOOLRIDGE** Digitally signed by ANGELA WOOLRIDGE<br>Date: 2021.06.28 10:14:51 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>**MOLLYRAE COZZENS** Digitally signed by MOLLYRAE COZZENS<br>Date: 2021.06.28 14:57:50 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Molly Cozzens |
|---|---|
| Sworn by telephone __x__<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 28, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54